Certificate Number: 20668-NJ-DE-038887101

Bankruptcy Case Number: 21-16727



20668-NJ-DE-038887101

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 18, 2024, at 4:27 o'clock PM EDT, Gregory John Martello completed a course on personal financial management given by internet by Andrew Finberg, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date: September 20, 2024

By: /s/Consuelo v Gerhardt

Name: Consuelo v Gerhardt

Title: Financial Educator