Certificate Number: 20668-NJ-DE-038889932

Bankruptcy Case Number: 21-16727



20668-NJ-DE-038889932

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 19, 2024, at 9:57 o'clock AM EDT, Marian Lee Martello completed a course on personal financial management given by internet by Andrew Finberg, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   September 21, 2024            By:   /s/Kathleen B Mills

                                      Name: Kathleen B Mills

                                      Title: TEN Financial Educator