Form ntcfncurv – testntcfncurv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                              Case No.: 21−16727−JNP
                              Chapter: 13
                              Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Gregory John Martello                           Marian Lee Martello
   65 Marsh Road                                     65 Marsh Road
   Egg Harbor Township, NJ 08234        Egg Harbor Township, NJ 08234

Social Security No.:
   xxx−xx−4073                                        xxx−xx−2631

Employer's Tax I.D. No.:

## NOTICE OF RECEIPT OF RESPONSE TO
## NOTICE OF FINAL CURE PAYMENT

   TO: <u>Gregory John Martello and Marian Lee Martello</u>
        Debtor(s)

   You are hereby notified that a Response to Notice of Final Cure Payment has been filed. Under Fed. R. Bankr. P. 3002.1(h), if you disagree with the creditor's response, a motion must be filed to determine whether the debtor has cured the default and paid post−petition amounts.

Dated: October 4, 2024
JAN: dmb

                                                             <u>Jeanne Naughton, Clerk</u>