Form ntcfncurv − testntcfncurv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 21−16727−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Gregory John Martello                              Marian Lee Martello
   65 Marsh Road                                         65 Marsh Road
   Egg Harbor Township, NJ 08234         Egg Harbor Township, NJ 08234

Social Security No.:
   xxx−xx−4073                                             xxx−xx−2631

Employer's Tax I.D. No.:

## NOTICE OF RECEIPT OF RESPONSE TO
## NOTICE OF FINAL CURE PAYMENT

   TO: Gregory John Martello and Marian Lee Martello
         Debtor(s)

   You are hereby notified that a Response to Notice of Final Cure Payment has been filed. Under
Fed. R. Bankr. P. 3002.1(h), if you disagree with the creditor's response, a motion must be filed to determine whether
the debtor has cured the default and paid post−petition amounts.

Dated: October 4, 2024
JAN: dmb

                                                                                               Jeanne Naughton, Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 21-16727-JNP
Gregory John Martello  Chapter 13
Marian Lee Martello
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 2
Date Rcvd: Oct 04, 2024      Form ID: ntcfncur      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 06, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Gregory John Martello, Marian Lee Martello, 65 Marsh Road, Egg Harbor Township, NJ 08234-5774 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 4, 2024 at the address(es) listed below:

**Name**      **Email Address**

Andrew B Finberg
     ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us

Andrew B Finberg
     on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us

Denise E. Carlon
     on behalf of Creditor OceanFirst Bank National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Robert A. Loefflad
     on behalf of Debtor Gregory John Martello rloefflad@king-barnes.com mbankes@king-barnes.com

Robert A. Loefflad
     on behalf of Joint Debtor Marian Lee Martello rloefflad@king-barnes.com mbankes@king-barnes.com

U.S. Trustee

District/off: 0312-1　　　　　　　　　　　　　　　User: admin　　　　　　　　　　　　　　　Page 2 of 2
Date Rcvd: Oct 04, 2024　　　　　　　　　　　　　Form ID: ntcfncur　　　　　　　　　　　　　Total Noticed: 1

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6