| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| In Re:<br>Gregory John Martello and Marian Lee Martello | Case No.: 21-16727<br>Chapter: 13<br>Judge: JNP |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, __Gregory John Martello__, debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☑ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

11 / 16 / 2024

Date: 11-16-2024

/s/ Gregory John Martello
Debtor's Signature

**IMPORTANT:**

- Each debtor in a joint case must file a separate Certification in Support of Discharge.
- A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.

*rev.8/1/18*

**Dropbox Sign**                                                                        Audit trail

| | |
|---|---|
| Title | Husband Certification in Support of Discharge.pdf |
| File name | 20241116153917249.pdf |
| Document ID | 2b0fee3b15b3ef77d721b9ec63604cf8a31ff36d |
| Audit trail date format | MM / DD / YYYY |
| Status | ● Signed |

This document was requested from app.clio.com

## Document History

**SENT** — 11 / 16 / 2024 20:45:35 UTC
Sent for signature to Gregory Martello (marianmurphy20@hotmail.com) from rloefflad@king-barnes.com
IP: 69.141.206.83

**VIEWED** — 11 / 16 / 2024 20:54:09 UTC
Viewed by Gregory Martello (marianmurphy20@hotmail.com)
IP: 73.226.254.236

**SIGNED** — 11 / 16 / 2024 20:54:32 UTC
Signed by Gregory Martello (marianmurphy20@hotmail.com)
IP: 73.226.254.236

**COMPLETED** — 11 / 16 / 2024 20:54:32 UTC
The document has been completed.