| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | | |
|---|---|---|
| In Re:<br>Gregory John Martello and Marian Lee Martello | Case No.: | 21-16727 |
| | Chapter: | 13 |
| | Judge: | JNP |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, Marian Lee Martello, debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☑ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

11 / 16 / 2024

Date: 11-16-2024

/s/ Marian Lee Martello
Debtor's Signature

**IMPORTANT:**

- **Each debtor in a joint case must file a separate Certification in Support of Discharge.**
- **A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.**

rev.8/1/18

**Dropbox** Sign                                                                                                          Audit trail

| | |
|---|---|
| Title | Wife Certification in Support of Discharge.pdf |
| File name | 20241116153921310.pdf |
| Document ID | b3539429dc236e7971b46aebe4d7d860b5148bc2 |
| Audit trail date format | MM / DD / YYYY |
| Status | ● Signed |

This document was requested from app.clio.com

## Document History

**SENT**
11 / 16 / 2024
20:46:16 UTC

Sent for signature to Marian Martello (marianmurphy20@hotmail.com) from rloefflad@king-barnes.com
IP: 69.141.206.83

**VIEWED**
11 / 16 / 2024
20:53:27 UTC

Viewed by Marian Martello (marianmurphy20@hotmail.com)
IP: 73.226.254.236

**SIGNED**
11 / 16 / 2024
20:53:54 UTC

Signed by Marian Martello (marianmurphy20@hotmail.com)
IP: 73.226.254.236

**COMPLETED**
11 / 16 / 2024
20:53:54 UTC

The document has been completed.