Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  21−16727−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Gregory John Martello | Marian Lee Martello |
| 65 Marsh Road | 65 Marsh Road |
| Egg Harbor Township, NJ 08234 | Egg Harbor Township, NJ 08234 |

Social Security No.:
    xxx−xx−4073                                    xxx−xx−2631

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Andrew B Finberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>December 12, 2024</u>                 <u>Jerrold N. Poslusny Jr.</u>
                                           Judge, United States Bankruptcy Court